No. 82–131. JONES & LAUGHLIN STEEL CORP. *v.* PFEIFER. C. A. 3d Cir. [Certiorari granted, *ante*, p. 821.] Motion of Southeastern Pennsylvania Transportation Authority for leave to file a brief as *amicus curiae* granted.

No. 82–195. MUELLER ET AL. *v.* ALLEN ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 820.] Motion of Minnesota Association of School Administrators et al. for leave to file a brief as *amici curiae* granted.

No. 82–629. THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION *v.* WOLD ENGINEERING, P.C., ET AL. Sup. Ct. N. D. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–794. PETERS ET AL. *v.* WAYNE STATE UNIVERSITY ET AL. C. A. 6th Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 82–5464. IN RE JOHNSON. Petition for writ of mandamus denied.

No. 82–5522. IN RE DIDIO. Petition for writ of prohibition denied.

No. 82–610. IN RE HOPFMANN ET AL. Application for injunction, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. Petition for writ of prohibition and/or mandamus and/or injunction denied.

No. 82–215. UNITED STATES *v.* WHITING POOLS, INC. C. A. 2d Cir. Certiorari granted.